UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 1

| | |
|---|---|
| **B.E.A., Inc. aka BEA Americas**<br><br>                                   **Plaintiff,**<br><br>v.<br><br>**UNITED STATES.**<br>                                   **Defendant.** | **S U M M O N S**<br><br>Court No. **1:25-cv-00061** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

### PROTEST

| | |
|---|---|
| Port(s) of Entry: **1104; 4101; 4102; 4197** | Center (if known): **Electronics CEE** |
| Protest Number: **1104-24-100656** | Date Protest Filed: **August 13, 2024** |
| Importer: **B.E.A., Inc.** | Date Protest Denied: **October 7, 2024** |
| Category of Merchandise: **Steel Bollards and plastic mount boxes** | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 231-98275971 | 4/26/2021 | 2/16/2024 | 231-98279486 | 5/6/2021 | 2/16/2024 |
| 231-98284528 | 5/27/2021 | 2/16/2024 | 231-98288644 | 6/17/2021 | 2/16/2024 |
| 231-98301587 | 7/29/2021 | 2/16/2024 | 231-98305638 | 8/12/2021 | 2/16/2024 |
| 231-98311644 | 9/9/2021 | 2/16/2024 | 336-21786702 | 9/16/2021 | 2/16/2024 |
| 231-98322138 | 10/8/2021 | 2/16/2024 | 336-19711134 | 11/12/2021 | 2/16/2024 |
| 231-98326725 | 10/27/2021 | 2/16/2024 | 231-98335445 | 11/17/2021 | 2/16/2024 |
| 231-98332277 | 11/30/2021 | 2/16/2024 | 231-98333598 | 12/6/2021 | 2/16/2024 |
| 231-98333655 | 12/19/2021 | 2/16/2024 | 231-98342995 | 12/15/2021 | 2/16/2024 |
| 231-98333101 | 12/27/2021 | 2/16/2024 | AEK-02372603 | 12/7/2021 | 2/16/2024 |
| 231-98336195 | 1/15/2022 | 2/16/2024 | 336-21812896 | 2/1/2022 | 2/16/2024 |
| AEK-05326754 | 2/1/2022 | 2/16/2024 | | | |

Jon P. Yormick, Esq., Yormick Law LLC
5900 Landerbrook Drive, Suite 205
Cleveland, OH  44124; 216.928.3474
jon@yormicklaw.com

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Bollards for handicap accessible door push plates | 7326.90.8688 | 2.9% | 9817.00.96 | 0% |
| Mount boxes for handicap accessible door push plates | 3926.90.9985 | 5.3% | 9817.00.96 | 0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Liquidation or re-liquidation of the entries. 19 U.S.C. § 1514(a)(5)

The issue which was common to all such denied protests:
Whether the denial of duty-free treatment under the Nairobi Protocol, 9817.00.96, HTSUS, was lawful and supported by evidence.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jon P. Yormick
*Signature of Plaintiff's Attorney*

*April 1, 2025*
*Date*

Form 1-3

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)